# EXHIBIT B

### IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA

| | |
|---|---|
| EMANUEL MINTO,<br><br>        Plaintiff,<br><br>v.<br><br>SOLAR MOSAIC, LLC<br>SUNWISE ENERGY LLC<br>GRAYSQUARE INC.<br>CONCORD SERVICING CORP.,<br><br>        Defendants. | CIVIL DIVISION<br><br>Case No. 231202650 |

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal of this action from the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania, Philadelphia Division (a copy of which, excluding exhibits, is attached hereto as **Exhibit 1**), was submitted on this 2nd day of February, 2024, for filing in the United States District Court for the Eastern District of Pennsylvania, thereby effecting removal of this action. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

Dated: February 2, 2024

                                                Respectfully Submitted,

                                                **TROUTMAN PEPPER HAMILTON SANDERS LLP**

                                                Brian H. Callaway (PA I.D. 316034)
                                                3000 Two Logan Square
                                                Eighteenth and Arch Streets
                                                Philadelphia, PA 19103-2799
                                                (215) 981-4428
                                                brian.callaway@troutman.com
                                                *Counsel for Solar Mosaic LLC*

168216611v1

## CERTIFICATE OF SERVICE

I certify that on February 2, 2024, a true and correct copy of the foregoing *Notice of Filing Notice of Removal* was served via Federal Express Overnight Delivery and electronic mail upon:

**Counsel for Plaintiff**

FLITTER MILZ, P.C.
BY: CARY L. FLITTER
Attorney ID No. 35047
BY: ANDREW M. MILZ
Attorney ID No. 207715
BY: JODY T. LÓPEZ-JACOBS
Attorney ID No. 320522
450 N. Narberth Ave, Suite 101
Narberth, PA 19072
(610) 822-0782

ROBERT P. COCCO, P.C.
Attorney ID No. 61907
1500 Walnut Street - Suite 900
Philadelphia, PA 19102
(215) 351-0200

_____
Brian H. Callaway

2

168216611v1